ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>(1) 205 Vineyard St.<br>　　Suites 205 and 205<br>　　Honolulu, HI,<br>(2) 1842 Laukahi St.<br>　　Honolulu, HI,<br><br>　　　　　Defendants. | MAG. NOS. 02-0663 BMK and<br>　　　　　　02-0664 BMK<br><br>EX PARTE MOTION TO UNSEAL<br>AFFIDAVIT; ORDER GRANTING<br>MOTION TO UNSEAL AFFIDAVIT |

<u>EX PARTE MOTION TO UNSEAL AFFIDAVIT</u>

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the affidavit attached to the warrant in the above-entitled matter on the ground that there has been an indictment

in connection with the evidence recovered pursuant to the search warrants so that disclosure to defendant Kachun Clement Yeung is sought.

This Motion is based on the records and files of this case and those of Cr. No. 06-00179 HG.

DATED: April 21, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  *T. Muehleck*
THOMAS MUEHLECK
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>(1) 205 Vineyard St.<br>    Suites 205 and 205<br>    Honolulu, HI,<br>(2) 1842 Laukahi St.<br>    Honolulu, HI,<br><br>        Defendants. | MAG. NOS. 02-0663 BMK and<br>        02-0664 BMK<br><br>EX PARTE MOTION TO UNSEAL<br>AFFIDAVIT; ORDER GRANTING<br>MOTION TO UNSEAL AFFIDAVIT |

ORDER GRANTING MOTION TO UNSEAL AFFIDAVIT

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal Affidavit, and good cause appearing therefor,

IT IS HEREBY ORDERED that the affidavits in support of the warrants in regard to the above-entitled matters be unsealed.

DATED: Honolulu, Hawaii, 4/20/06.

UNITED STATES MAGISTRATE JUDGE